R. F. DOWNING & CO. v. UNITED STATES.

(Circuit Court, S. D. New York.   May 24, 1905.)

No. 3,954.

1. CUSTOMS DUTIES—CLASSIFICATION—ARCHITECTURAL PORTFOLIOS—BOOKS IN FOREIGN LANGUAGES.

The provision in paragraph 502, § 2, Free List, Tariff Act July 24, 1897, c. 11, 30 Stat. 196 [U. S. Comp. St. 1901, p. 1681], for "books * * * printed exclusively in languages other than English," includes architectural portfolios containing 18 or 20 pages of illustrations and a preface of 15 lines in German.

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision in question affirmed the assessment of duty by the collector of customs at the port of New York on an importation by R. F. Downing & Co. The articles in controversy consisted of architectural portfolios, containing 18 or 20 pages of illustrations and a preface of 15 lines in German. They were assessed with duty at the rate provided in paragraph 403, Schedule M, § 1, Tariff Act July 24, 1897, c. 11, 30 Stat. 189 [U. S. Comp. St. 1901, p. 1673], for books and other printed matter, and were claimed by the importers to be free of duty under the provision for "books * * * printed exclusively in languages other than English," in paragraph 502, § 2, Free List, 30 Stat. 196 [U. S. Comp. St. 1901, p. 1681].

Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers.

Henry A. Wise, Asst. U. S. Atty.

TOWNSEND, Circuit Judge.   It has been found impossible to draw any substantial distinction between the facts in this case and those presented in Fisher v. U. S. (C. C.) 99 Fed. 260, and Downing v. U. S. (C. C.) 130 Fed. 393.   I am constrained, therefore, to hold, in view of said opinions, that the decision of the Board of General Appraisers should be reversed.

Decision reversed.